*Lizotte, et al., Plaintiffs, Lamar, et al., Respondents, v. Schumacher, et al., Petitioners,* No. 73968-4. Petition for review of a decision of the Court of Appeals, No. 20662-9-III, March 6, 2003, 116 Wn. App. 1006. *Denied* December 2, 2003.

*In re Marriage of Ayyad,* No. 74003-8. Petition for review of a decision of the Court of Appeals, Nos. 49588-7-I, 49911-4-I, March 10, 2003, 116 Wn. App. 1008. *Denied* December 2, 2003.

*Gower, Respondent, v. Shinstrom, Petitioner,* No. 74004-6. Petition for review of a decision of the Court of Appeals, No. 49775-8-I, February 18, 2003, 115 Wn. App. 1041. *Denied* December 2, 2003.

*Lindsey, et al., Petitoners, v. Mut. of Enumclaw Ins. Co., Respondent,* No. 74005-4. Petition for review of a decision of the Court of Appeals, No. 28349-2-II, March 11, 2003, 116 Wn. App. 1012. *Denied* December 2, 2003.

*Johnson, Respondent, v. The Cash Store, Petitioner,* No. 74006-2. Petition for review of a decision of the Court of Appeals, No. 21435-4-III, May 8, 2003, 116 Wn. App. 833. *Denied* December 2, 2003.

*Kowalow, Respondent, v. Corr. Servs. Corp., et al., Petitioners,* No. 74008-9. Petition for review of a decision of the Court of Appeals, No. 49025-7-I, February 18, 2003, 115 Wn. App. 1039. *Denied* December 2, 2003.

*In re Estate of Black. Carlton, et al., Respondents, v. Black, Petitioner,* No. 74009-7. Petition for review of a decision of the Court of Appeals, No. 20622-0-III, April 15, 2003, 116 Wn. App. 476. *Denied* December 2, 2003.